UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERIKA SANTIAGO, *on behalf of herself and others similarly situated*,

    Plaintiff,

  v.

TRILOGY HEALTH SERVICES, LLC,

    Defendant.

:

:

:

Case No. 2:23-cv-976
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Representative Plaintiff Erika Santiago's Renewed Unopposed Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice. (ECF No. 54.) The Court denied Ms. Santiago's initial motion for settlement approval (ECF No. 52) without prejudice because the parties did not provide the Court with sufficient information to assess whether the settlement was fair and reasonable. (ECF No. 53, PAGEID # 328.) The parties now seek the Court's approval of a revised Settlement Agreement (ECF No. 54-1).

Before a district court approves a settlement, it must find that the settlement is "fair, reasonable, and adequate." *Johnson v. Midwest Logistics Sys., Ltd.*, No. 2:11-CV-1061, 2013 WL 2295880 (S.D. Ohio May 24, 2013) (Rice, J.) (citing *UAW v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007)). In making this determination, courts look to seven factors:

> (1) the risk of fraud or collusion; (2) the complexity, expense, and likely duration of the litigation; (3) the amount of discovery engaged in by the parties; (4) the likelihood of success on the merits; (5) the opinions of class counsel and class representatives; (6) the reaction of absent class members; and (7) the public interest.

*Id.* (citing *UAW*, 497 F.3d at 631). The Court must also "ensure that the distribution of the settlement proceeds is equitable." *Myres v. Hopebridge, LLC*, No. 2:20-CV-5390, 2023 WL 2399056, at *5 (S.D. Ohio Feb. 21, 2023) (Sargus, J.) (citation omitted). Courts have "wide discretion in assessing the weight and applicability" of the relevant factors. *Wright v. Premier Courier, Inc.*, No. 2:16-cv-420, 2018 WL 3966253, *3 (S.D. Ohio Aug. 17, 2018) (Watson, J.) (quoting *Granada Invs., Inc. v. DWG Corp.*, 962 F.2d 1203, 1205–06 (6th Cir. 1992)).

The Court has reviewed Ms. Santiago's renewed Motion and proposed revised Settlement Agreement (ECF No. 54-1). As before, the total settlement amount ($21,000) is comprised of (1) settlement awards for Ms. Santiago and three opt-in plaintiffs (Shannon Nealey, Jazmine Williams, and Samantha Allen); and (2) attorneys' fees and expenses. (ECF No. 54-1, ¶¶ 7, 9.) Counsel requests $7,000 in fees and $402 in expenses, which leaves $13,598 (the "Net Settlement Fund") to be allocated toward settlement awards. (*Id.*, ¶¶ 8, 19; ECF No. 52-2, ¶ 27.)

Each plaintiff's settlement award "represent[s] approximately 96% of their alleged damages" and "reflect[s] their *pro rata* share of the Net Settlement Fund." (ECF No, 54-1, ¶ 20.) The alleged overtime damages "were calculated by adding five (5) 30-minute meal breaks for each workweek they worked forty (40) or more hours" during the relevant period. (*Id.*) "Liquidated damages under the FLSA were

2

calculated as equal to the unpaid overtime damages and OPPA damages as an additional $200 per alleged violation." (*Id.*) Pursuant to the Settlement Agreement, Ms. Santiago will receive $8,256.98 (for 21 overtime weeks), Ms. Williams will receive $1,498.43 (for 5 overtime weeks), Ms. Nealey will receive $656.91 (for 2 overtime weeks), and Ms. Allen will receive $3,182.68 (for 9 overtime weeks). (*Id.*; ECF No. 54, PAGEID # 330.) The parties have confirmed that Ms. Santiago will not receive a service award. (ECF No. 54, PAGEID # 330.)

Based on the contents of the Motion and the revised Settlement Agreement, the Court is satisfied that the settlement is fair and reasonable and accordingly finds the Motion to be well taken. The Settlement Agreement is hereby **APPROVED** on the terms and conditions set forth therein. This matter is **DISMISSED** with prejudice, though the Court will retain jurisdiction over the parties concerning any disputes pertaining to the enforcement of the settlement.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**CHIEF UNITED STATES DISTRICT JUDGE**

3