AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ERIKA SANTIAGO, on behalf of herself and others similarly situated, *Plaintiff* <br> v. <br> TRILOGY HEALTH SERVICES, LLC, *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:23-cv-976 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court approves and grants the Motion and revised Settlement Agreement. Plaintiffs' claims are dismissed with prejudice. The court will retain jurisdiction pertaining to the enforcement of the settlement. This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 10/28/2024

CLERK OF COURT

*Theresa J. B...*

Signature of Clerk or Deputy